

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00356-CR

Adam Christopher **KING**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2208
Honorable Melissa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED February 16, 2022.

_____
Liza A. Rodriguez, Justice